79 F.3d 1138
 Fred W. Piecknick, Dorothy Piecknick, Dan Piecknick, Trading
and Doing Business as Piecknick Towing
v.
South Strabane Township, Frank Brown, Jr., Chairman, Donald
Trautman, Vice Chairman of South Strabane Township Board of
Supervisors, Billy Bell, Mae C. Reynolds, William Orndoff,
Supervisors of South Strabane Township Donald Zofchak, Chief
of Police of South Strabane Township
 NO. 95-3348
 United States Court of Appeals,
Third Circuit.
 Feb 07, 1996
 Appeal From: W.D.Pa., No. 94-00621
 
 1
 AFFIRMED.